1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 E. Wilson Ave., Suite 202
4  Glendale, California 91206
   Telephone: (818) 500-3200
5  Facsimile:  (818) 500-3201

6  Attorneys for Plaintiff
   Adobe Systems Incorporated
7

8             UNITED STATES DISTRICT COURT

9   NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

11  Adobe Systems Incorporated,            )  Case No. C08-1544 SC
                                           )
12                 Plaintiff,              )
                                           )  PROOF OF SERVICE – NOTICE OF
13         v.                              )  ORDER
                                           )
14  Simon Yeo, et al.,                     )
                                           )
15                 Defendant(s).           )
                                           )
16  _____)

17
        ///
18
19      ///
20
21      ///
22
        ///
23
24
        ///
25
26      ///
27
        ///
28

Adobe v. Yeo, et al.: Proof of Service         - 1 -

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On April 7, 2008, I served a true copy of the Notice of Order (Clerk's Notice – Document 9), attached hereto as Exhibit "A", by personally delivering it to the person indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

Simon Yeo
435 N. Oxford Ave., #11
Los Angeles, California 90004

Place of Mailing:     Glendale, California

Executed on:          April 7, 2008, at Glendale, California

### Service is made by mail

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed this 7th day of April, 2008, at Glendale, California.

_Jeremy Cordero_



```
 1  J. Andrew Coombs (SBN 123881)
    andy@coombspc.com
 2  Annie Wang (SBN 243027)
    annie@coombspc.com
 3  J. Andrew Coombs, A Prof. Corp.
    517 E. Wilson Ave., Suite 202
 4  Glendale, California  91206
    Telephone: (818) 500-3200
 5  Facsimile: (818) 500-3201

 6  Attorneys for Plaintiff
    Adobe Systems Incorporated
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>             Plaintiff,<br><br>    v.<br><br>Simon Yeo, et al.,<br><br>             Defendant(s). | Case No. C08-1544 SC<br><br>NOTICE OF ORDER |

TO DEFENDANT SIMON YEO:

PLEASE TAKE NOTICE THAT the Court entered its Order in relation to the above-captioned action on April 7, 2008. A copy of the Order is attached.

Dated: April 7, 2008                    J. ANDREW COOMBS, A Prof. Corp.

                                        _____
                                        By:   J. Andrew Coombs
                                              Annie S. Wang
                                        Attorneys for Plaintiff Adobe Systems Incorporated

EXHIBIT A PAGE 1

Adobe v. Yeo, et al.: Notice of Order                - 1 -

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADOBE SYSTEMS INCORPORATED
    Plaintiff(s),

v.

SIMON YEO, et al.,
    Defendant(s).

No. C-08-1544-SC

Clerk's Notice

(Plaintiff is required to serve and file a proof of service with the Court on any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has scheduled a **Case Management Conference** on **July 25, 2008 at 10:00 A.M.** before the Honorable Samuel Conti. The parties are to file one joint Case Management Statement seven days prior to the Conference.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: April 7, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: T. De Martini
    Courtroom Deputy Clerk

EXHIBIT A PAGE 2

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Avenue, Suite 202 Glendale, California 91206.

On April 7, 2008 I served on the interested parties in this action with the:

- NOTICE OF ORDER

for the following civil action:

<u>Adobe Systems Incorporated v. Simon Yeo, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

Simon Yeo
435 N. Oxford Ave., #11
Los Angeles, California 90004

Place of Mailing: Glendale, California
Executed on April 7, 2008 at Glendale, California

_Jeremy Cordero_

EXHIBIT A PAGE 3

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Avenue, Suite 202 Glendale, California 91206.

On April 7, 2008 I served on the interested parties in this action with the:

- PROOF OF SERVICE – NOTICE OF ORDER

for the following civil action:

<u>Adobe Systems Incorporated v. Simon Yeo, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

Simon Yeo
435 N. Oxford Ave., #11
Los Angeles, California 90004

Place of Mailing: Glendale, California
Executed on April 7, 2008 at Glendale, California

_____
Jeremy Cordero